# EXHIBIT 1

# Contact information requirements for developer accounts

In July 2023, we announced new verification requirements for anyone creating new Play Console developer accounts. We're now preparing to roll out these verification requirements to all existing Google Play developers.

This article contains guidance on what you'll need to do, and when.

All Google Play developer accounts are required to have verified contact details (email address and phone number). These verification steps ensure that the contact information we hold is accurate and up to date. As part of these verification steps, we're also extending the information that we collect from developers when creating a Google Play developer account.

## Choosing an account type

Google Play offers two developer account types: Personal and Organization. Personal and organization accounts have access to the same functionality and are able to monetize on Google Play using a payments profile; the only difference is the information we collect from you when you're setting up your account. You will be able to change your account type if your circumstances change.

### Developer account for personal use

Choose a personal account if your account is for personal use. For example, if you're a student, hobbyist, or semi-professional developer. You'll still be able to earn money on Google Play and invite others to join your account.

Those with personal accounts are required to provide the following information:

- Public developer name
- Contact name
- Contact email address (must be verified)
- Contact phone number (must be verified)
- Contact address
- Website

### Developer account for organization or business

Choose an organization account if you're creating an account for an organization or business. For example, if you're engaged in commercial, industrial, professional, or governmental activities.

Those with an organization account are required to provide the following information:

- Public developer name
- Contact name
- Contact email address (must be verified)
- Contact phone number (must be verified)
- Organization name
- Organization address
- Organization phone number
- Organization website

## Voluntary opt-in period

Initially, selecting an account type was optional. However, sometime in October-December 2021 (date subject to change), owners of developer accounts who update their email address or phone number will be required to opt-in and provide the information for their chosen account type. We strongly encourage developers to voluntarily opt-in before this becomes mandatory. If you have not provided this information when it becomes mandatory, you may be blocked from using Play Console.

As part of updating your developer account details and verifying your contact details, make sure to consider which contact information is best for your situation.

## Contact information best practices

- Make sure to keep your contact information up to date as this is how Google will communicate key information about your Google Play developer account.
- We may occasionally check if your account is active by emailing or calling the account owner using the details you provided, so it is important that these details are accurate.
- Consider using a contact email address that is different from the one that you used when creating your Google Play developer account, especially if your developer account has multiple users or is created for an organization or business. You might want to consider setting up a dedicated shared inbox for this purpose so that the right set of people within your team or organization can access these important messages.
- The contact email address for an organization or business account should not be generic or a personal email address. Make sure to use an email address associated with your organization.

### Need more help?
Try these next steps:


**Post to the help community**
Get answers from community members


**Contact us**
Tell us more and we'll help you get there