# EXHIBIT 6

# Tionrt Exchange Overtakes Other Exchanges with strong trading performance and seamless trading experience

digitaljournal.com/pr/tionrt-exchange-overtakes-other-exchanges-with-strong-trading-performance-and-seamless-trading-experience



There are many problems in the existing head exchanges, and countless users have sent countless feedback to these exchanges, but the problems still exist and have not been improved. Therefore, instead of expecting the existing head exchanges to adopt our feedback and improve their products and services, we should choose a product that can directly solve these problems and change the status quo of the market.

Tionrt is a diversified trading platform for digital assets, which is completely different from the existing exchanges in the market. The structure of the exchange track has been decided, and the new exchange did not have the opportunity to take the head. this is the reason why some investors were not optimistic about the exchange track at that time. In retrospect, this is a false proposition, because Tionrt and the above exchange are not entirely on the same track. As a unicorn in the encryption circle, it breaks the solidified thinking and the prestigious Tionrt exchange, which is actually the product of the unmet demand of the cryptographic currency industry.



The business model of spot exchange is relatively simple, which mainly depends on the industry sense of the team, while derivatives trading involves complex financial models and product design, as well as the financial DNA and technical background of the founding team, which are the strengths of Tionrt. Tionrt (http://www.tionrt.cc) is an international multi-contract exchange located in New York, USA. Tionrt leads the innovative mode of digital currency trading, provides a variety of mainstream virtual digital currency transactions, and is committed to providing digital currency enthusiasts with a safe, fair, open and efficient blockchain digital assets trading platform! Thanks to the stable technical strength, many investors in the blockchain market have gradually paid attention to the rapid development of Tionrt.

Tionrt has a strong trading performance, seamless trading experience, rich trading variety, give Tionrt users a better experience, support 30 + digital asset index contract trading. Any bulls and bears can use flexible leverage and expand returns, multiple digital assets settlement, give users multiple options, stable currency contracts use USDT as margin, monetary standard currency uses digital assets as trading margin.

Among them, the performance of extreme speed contract, which is the leading product of tionrt exchange, is particularly eye-catching. Extreme speed contract has been highly recognized and concerned by the industry since it was launched with a rapid, efficient, simple and stable way of transaction settlement. The high liquidity of Tionrt helps to achieve the function of price discovery and pay close attention to the currency trading market. The excellent market makers in the industry provide high-frequency liquidity for Tionrt while providing a complete VIP level, which can reduce users' transaction costs and maximize profits.

ANTHONY RICHARD FRANCHINA, chief operating officer and president of Tionrt, said: "I am very grateful for the success of our first step, which lays a solid foundation for our next step of laying out the NFT metacosmos Metaverse. Our team will work together to create a new digital future world."

Media Contact
**Company Name:** TIONRT LTD.
**Contact Person:** Media Relations
**Email:** Send Email
**Address:** 244 MADISON AVENUE SUITE 1095
**City:** NEW YORK
**Country:** United States
**Website:** http://www.tionrt.cc

In this article:Business, public affairs, Services, World

Written By GetNews