# EXHIBIT 7

# Department of State
## Division of Corporations

### Entity Information

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** TIONRT LTD.
**DOS ID:** 6460472
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** BUSINESS CORPORATION - 402 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 04/18/2022
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/18/2022
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 04/30/2024
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:** NO-ANSWER

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** TIONRT LTD.

**Address:** 244 MADISON AVENUE, SUITE 1095, NEW YORK, NY, UNITED STATES, 10016

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:** QUICKER BUSINESS SOLUTIONS INC.

**Address:** 244 MADISON AVENUE, SUITE 1095, NEW YORK, NY, 10016

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| PAR VALUE | 500,000 | $2.00000 |