# EXHIBIT 10

 Google Play

# Play App Signing Terms of Service

## Effective as of 1 August 2021

By enrolling Your account in the Play App Signing service (the 'Service'), You consent to be bound by these terms, in addition to the existing Google Play Developer Distribution Agreement ('DDA') and Google Play Developer Programme Policies (collectively, the 'Agreement'). If there is a conflict between these terms and the Agreement, these terms govern Your use of the Service. Capitalised terms used below, but not defined below, have the meanings ascribed to them under the Agreement.

## 1. Android App Bundle, Key Generation and Key Storage

1.1. Android App Bundle is the app publishing format used on Google Play. Publishing an Android App Bundle requires using the Service, which enables the Android App Bundle functionality and provides a secure means of handling Your app signing key(s).

1.2. To use the Service, You agree to either provide Your chosen app signing key(s) to Google or have Google generate and store a new app signing key for You.

1.3. You will have the ability to download and review Your APKs that are distributed through Play. You will have the ability to download a single, installable distribution APK signed with the key(s) stored by Google for your own redistribution.

## 2. Additional Licence Grants

2.1. By using the Service, in addition to the authorizations in the DDA, for the life of the app, You grant Google a non-exclusive licence to (1) use the Android App Bundle that you provide to generate APKs and (2) modify Your app APKs to optimise performance, security and/or size.

2.2. For the avoidance of doubt, services provided herein will not change the purpose of Your app.

## 3. Permanent Enrolment

3.1. It will not be possible to retrieve Your app signing key once it is provided to or generated by Google. Google may retain indefinitely a backup copy of the key(s) for disaster recovery purposes.

## 4. Changes to the Agreement

4.1. Google may make changes to these terms at any time by sending You reasonable notice describing the modifications made. Google will also post a notification on the Google Play Console describing the modifications made. They will become effective, and will be deemed accepted by You, (a) immediately for those who use the Service after the notification is posted, or (b) for pre-existing users, on the date specified in the notice. If You do not agree with the modifications to these terms, You may terminate usage of the Service, which will be Your sole and exclusive remedy.

 Google Play

Google   About Google   Google products   Privacy   Terms

❓ Help   English (United States) ▾