# EXHIBIT 14

# About Voice Terms of Service

If you use Google Voice as a consumer user or as an unmanaged Google Workspace user, that means you agree to the Google Voice Additional Terms of Service .

If you're using a Google Voice for Google Workspace account managed by your work or school, terms may apply based on your organization's agreement with Google. In addition to the Google Workspace terms, use of Google Voice is subject to the Google Voice Service Specific Terms  and the Google Voice Privacy Disclosure .

Check if you have a managed Voice for Google Workspace account .

---

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members