USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2024

> GRANTED. The Initial Pretrial Conference scheduled for August 8, 2024 is HEREBY ADJOURNED *sine die*. Plaintiff shall move for default judgment by September 6, 2024 pursuant to the procedures set forth in the Court's Individual Rules & Practices.
>
> SO ORDERED. Dated August 6, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**Via ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

August 5, 2024

RE:   *Google LLC v. Sun*, No. 1:24-cv-02559-MMG

Dear Judge Garnett:

    We represent Plaintiff Google LLC and write, in accordance with §§ I(B)(5) and II(A)(5) of Your Honor's individual practices to respectfully request that the Court adjourn the initial pretrial conference, which is currently scheduled for August 8, 2024, indefinitely or, in the alternative, to a control date of September 9, 2024.[1]

    As of August 2, both Defendants have defaulted. Google effected service on Defendant Yunfeng Sun on May 31, 2024, and effected service on Defendant Hongnam Cheung on July 12, 2024. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Sun's deadline to respond to the Complaint was June 21, 2024, and Cheung's deadline to respond to the Complaint was August 2, 2024. Neither Defendant has responded to the Complaint or otherwise appeared in this action.

    Google intends to move for default judgment by September 6, 2024. Because Defendants were served and have failed to appear, Google has not contacted them to seek their consent.

    Thank you in advance for your consideration.

Respectfully submitted,

/s/ *Timothy T. Howard*

Timothy T. Howard
Counsel for Plaintiff Google LLC

---

[1] The original date of the initial pretrial conference was June 13, 2024. At Google's request, the Court adjourned the conference to August 8. *See* ECF No. 22.



Freshfields Bruckhaus Deringer is an international legal practice operating through Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP, Freshfields Bruckhaus Deringer (a partnership registered in Hong Kong), Freshfields Bruckhaus Deringer Law office, Freshfields Bruckhaus Deringer Foreign Law Office, Studio Legale associato a Freshfields Bruckhaus Deringer, Freshfields Bruckhaus Deringer Rechtsanwälte Steuerberater PartG mbB, Freshfields Bruckhaus Deringer Rechtsanwälte PartG mbB and other associated entities and undertakings. For further regulatory information please refer to www.freshfields.com/support/legal-notice.