USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>v.<br><br>YUNFENG SUN,<br>  a/k/a "ALPHONSE SUN," and<br>HONGNAM CHEUNG,<br>  a/k/a "ZHANG HONGNIM,"<br>  a/k/a "STANFORD FISCHER,"<br><br>             Defendants. | Civil Action No. 1:24-cv-02559-MMG |

**DEFAULT JUDGMENT**

This action having been commenced on April 4, 2024, by the filing of the Complaint, and a copy of the Summons and Complaint having been served on Defendants Yunfeng Sun (a/k/a "Alphonse Sun") and Hongnam Cheung (a/k/a "Zhang Hongnim," a/k/a "Stanford Fischer") on May 31, 2024 and July 12, 2024, respectively, by email as authorized by this Court, and proof of service having been filed on July 26, 2024 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired,

IT IS HEREBY ORDERED that Defendants are in default, and that judgment is awarded in favor of Google and against Defendants Yunfeng Sun (a/k/a "Alphonse Sun") and Hongnam Cheung (a/k/a "Zhang Hongnim," a/k/a "Stanford Fischer").

IT IS FURTHER ORDERED AND ADJUDGED that Defendants and their officers, directors, principals, agents, servants, employees, successors, assigns, and all other persons and entities acting in participation with or conspiring with them or who are affiliated with the Defendants, are enjoined and restrained immediately and permanently from accessing or

attempting to access Google's services; creating or maintaining any Google accounts; using any Google products or services to promote any of Defendants' apps, websites, or products; engaging in any activity that violates Google's terms and any policies incorporated therein, and assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities complained of.

The Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED this 17th day of October, 2024.

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE